

**Linda M Tirelli, Esq.**
**50 Main Street, Suite 1265**
**White Plains NY 10606**
**(914)732-3222**

December 02, 2020
Invoice #: 795

Yanaira Polanco
25-22 96th Street
E. Elmhurst, New York 11369

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| | | Previous Balance | | | $0.00 |
| 10/25/18 | Alejandro Lopez, Paralegal | Loss Mit<br>draft email to OC re status of loss mit review | 0.30 | $200.00 | $60.00 |
| 11/12/18 | Alejandro Lopez, Paralegal | Loss Mit<br>reviewed loss mit file; drafted loss mit notes for covering atty | 0.40 | $200.00 | $80.00 |
| 12/12/18 | Alejandro Lopez, Paralegal | OC Correspondance<br>email from OC re missing docs cant open attachment | 0.40 | $200.00 | $80.00 |
| 12/13/18 | Alejandro Lopez, Paralegal | Loss Mit<br>call w/ client re loss mit; correspondence client received from creditor directly | 0.50 | $200.00 | $100.00 |
| 12/14/18 | Alejandro Lopez, Paralegal | Creditor Contact<br>email OC re creditor ceasing communication w/ client directly | 0.30 | $200.00 | $60.00 |
| 12/20/18 | Alejandro Lopez, Paralegal | Debtor's affidavit<br>draft debtor's affidavit re requested docs pending approval | 0.40 | $200.00 | $80.00 |
| 12/21/18 | Alejandro Lopez, Paralegal | Doc Request<br>called client to amend P&L statements; filed debtors affidavit; sent docs to OC | 0.50 | $299.00 | $149.50 |
| 12/26/18 | Alejandro Lopez, Paralegal | Doc Request<br>OC emailed confirming receipt of docs | 0.20 | $200.00 | $40.00 |
| 02/07/19 | Alejandro Lopez, Paralegal | Loss Mit<br>follow up email to OC re Loss Mit | 0.30 | $200.00 | $60.00 |
| 02/11/19 | Alejandro Lopez, Paralegal | Loss Mit<br>OC emailed re status of loss mit docs | 0.10 | $200.00 | $20.00 |
| 02/19/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email from client re loss mit & correspondence from creditor; printed out email & went over w/ LT | 0.30 | $200.00 | $60.00 |
| 03/01/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email from OC re status of loss mit | 0.20 | $200.00 | $40.00 |
| 03/13/19 | Alejandro Lopez, Paralegal | Loss Mit<br>emailed OC re Loss Mit Status | 0.20 | $200.00 | $40.00 |
| 03/14/19 | Alejandro Lopez, Paralegal | OC Correspondance<br>email to OC re consent to adj.; called court for adj. date; draft 2 letters & filed | 0.50 | $200.00 | $100.00 |
| 03/22/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email from OC re missing loss mit docs | 0.20 | $200.00 | $40.00 |
| 03/28/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email to OC re loss mit status | 0.20 | $200.00 | $40.00 |
| 04/01/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email exchange with OC re loss mit docs missing, forwarded request to client | 0.30 | $200.00 | $60.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 04/03/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email from OC re RMA and loss mit; forwarded to client | 0.20 | $200.00 | $40.00 |
| 04/04/19 | Alejandro Lopez, Paralegal | RMA Packet<br>email from client re loss mit RMA | 0.20 | $200.00 | $40.00 |
| 04/10/19 | Alejandro Lopez, Paralegal | Client Correspondence<br>email exchange with client re attachments are unable to be open | 0.30 | $200.00 | $60.00 |
| 04/10/19 | Alejandro Lopez, Paralegal | Loss Mit<br>draft debtor's loss mit affidavit; scan in docs received, file affidavit on ECF, sent OC docs | 0.50 | $200.00 | $100.00 |
| 04/23/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email to OC's to adjourn loss mit & AP case | 0.30 | $200.00 | $60.00 |
| 04/23/19 | Alejandro Lopez, Paralegal | Status report<br>OC sent missing docs letter & filed status report; printed status report & saved to dropbox | 0.30 | $200.00 | $60.00 |
| 04/24/19 | Alejandro Lopez, Paralegal | Doc Request<br>emailed OC re miss docs letter received | 0.20 | $200.00 | $40.00 |
| 04/24/19 | Alejandro Lopez, Paralegal | Loss Mit<br>draft status report for loss mit | 0.30 | $200.00 | $60.00 |
| 04/25/19 | Alejandro Lopez, Paralegal | Doc Request<br>emailed client requesting 3 months of P&L's for income | 0.20 | $200.00 | $40.00 |
| 04/25/19 | Alejandro Lopez, Paralegal | Status report<br>re-draft status report as per LT | 0.40 | $200.00 | $80.00 |
| 04/26/19 | Alejandro Lopez, Paralegal | Doc Request<br>email exchange with OC re 3 months of P&Ls for income | 0.30 | $200.00 | $60.00 |
| 04/30/19 | Alejandro Lopez, Paralegal | Doc Request<br>emailed client following up on P&Ls requested | 0.20 | $200.00 | $40.00 |
| 05/02/19 | Alejandro Lopez, Paralegal | Doc Request<br>email from client re P&L's for income | 0.30 | $200.00 | $60.00 |
| 05/02/19 | Alejandro Lopez, Paralegal | Doc Request<br>email from client with all P&Ls - scanned in; draft and file debtor's affidavit, and emailed to OC | 0.70 | $200.00 | $140.00 |
| 05/03/19 | Alejandro Lopez, Paralegal | Doc Request<br>email from OC re receipt of prior email with P&L statements | 0.20 | $200.00 | $40.00 |
| 05/14/19 | Alejandro Lopez, Paralegal | Client Correspondence<br>call with client re notice received | 0.30 | $200.00 | $60.00 |
| 05/15/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email to OC re status of loss mit submission | 0.20 | $200.00 | $40.00 |
| 05/16/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email from OC re update to status of loss mit | 0.20 | $200.00 | $40.00 |
| 05/17/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email from OC re submitted loss mit docs | 0.20 | $200.00 | $40.00 |
| 06/03/19 | Alejandro Lopez, Paralegal | Loan Mod<br>email from OC re trial mod, saved & printed out copy; sent email to client | 0.30 | $200.00 | $60.00 |
| 06/03/19 | Alejandro Lopez, Paralegal | Loan mod<br>email from OC re trial mod, saved & printed copy; emailed to client | 0.30 | $200.00 | $60.00 |
| 06/04/19 | Alejandro Lopez, Paralegal | Loan Mod<br>email to client re trial mod & call to discuss | 0.30 | $200.00 | $60.00 |
| 06/06/19 | Alejandro Lopez, Paralegal | Loan Mod<br>call with client re trial mod & scheduling | 0.30 | $200.00 | $60.00 |
| 06/07/19 | Alejandro Lopez, Paralegal | Adjournment<br>email to OC re consent to adjourn 6/13 | 0.10 | $200.00 | $20.00 |
| 06/10/19 | Alejandro Lopez, Paralegal | Adjournment<br>follow up email to OC re adjourn 6/13 | 0.10 | $200.00 | $20.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 06/11/19 | Alejandro Lopez, Paralegal | Loss Mit Review of trial mod terms<br>follow up email to OC re adjournment; email from LT to OC & call with OC | 0.20 | $200.00 | $40.00 |
| 06/20/19 | Alejandro Lopez, Paralegal | Loan Mod<br>emailed OC re trail mod | 0.10 | $200.00 | $20.00 |
| 06/24/19 | Alejandro Lopez, Paralegal | Loan Mod<br>emailed client re trial mod | 0.10 | $200.00 | $20.00 |
| 06/24/19 | Alejandro Lopez, Paralegal | Loan Mod<br>email client re trial mod | 0.10 | $200.00 | $20.00 |
| 07/03/19 | Alejandro Lopez, Paralegal | Loan Mod<br>email exchange with OC re 1st trial payment | 0.20 | $200.00 | $40.00 |
| 07/18/19 | Alejandro Lopez, Paralegal | Status Report re Loss Mit<br>draft status report | 0.40 | $200.00 | $80.00 |
| 07/23/19 | Alejandro Lopez, Paralegal | Loss Mit<br>emailed OC with new Loss Mit date | 0.10 | $200.00 | $20.00 |
| 08/01/19 | Alejandro Lopez, Paralegal | Loan Mod<br>draft cover letter for trial mod, scanned in, printed for mailing, & sent OC copy | 0.40 | $200.00 | $80.00 |
| 08/27/19 | Alejandro Lopez, Paralegal | Los Mit<br>Draft Loss Mit for 9-25-19 notes | 0.20 | $200.00 | $40.00 |
| 08/29/19 | Alejandro Lopez, Paralegal | MTG/Trial Payment<br>Draft cover letter for MTG/Trial Payment. Scan in w/ check. Mailed out. Sent oc copy. | 0.40 | $200.00 | $80.00 |
| 09/03/19 | Alejandro Lopez, Paralegal | trial payment<br>email from oc re; trial payment | 0.20 | $200.00 | $40.00 |
| 09/10/19 | Alejandro Lopez, Paralegal | loss mit<br>Emails w/ OC re adj. 9-24-19 loss mit draft.<br>file status report w/ Ecf | 0.60 | $200.00 | $120.00 |
| 09/11/19 | Alejandro Lopez, Paralegal | loss mit<br>draft; file status report for loss mit | 0.40 | $200.00 | $80.00 |
| 09/12/19 | Alejandro Lopez, Paralegal | email to oc<br>email to oc w/ adj loss mit date | 0.10 | $200.00 | $20.00 |
| 09/20/19 | Alejandro Lopez, Paralegal | MTG Payment<br>email to client re MTG payment per Oct 2019 | 0.20 | $200.00 | $40.00 |
| 11/01/19 | Alejandro Lopez, Paralegal | Draft cover letter for trial/Loan Mod., scan in with check, mail out<br>Send OC copy via email. | 0.40 | $200.00 | $80.00 |
| 11/21/19 | Alejandro Lopez, Paralegal | Emails with OC re: the final loan modification docs/mailed eslewhere.<br>TC w/client re: post-dated checks for Dec. 2019 | 0.50 | $200.00 | $100.00 |
| 11/22/19 | Alejandro Lopez, Paralegal | emails with OC re: 12-3-19 hearing & final loan mod. papers | 0.30 | $200.00 | $60.00 |
| 11/25/19 | Alejandro Lopez, Paralegal | Made copie of trial payment checks for client. Client dropped off. | 0.30 | $200.00 | $60.00 |
| 11/25/19 | Alejandro Lopez, Paralegal | email with closing affidavit; closing & orders approving retention | 0.30 | $200.00 | $60.00 |
| 11/27/19 | Alejandro Lopez, Paralegal | sent client final loan mod. for review.<br>Instructed to schedule an appointment with LT. | 0.30 | $200.00 | $60.00 |
| 12/02/19 | Alejandro Lopez, Paralegal | Emails from OC re: previous affy. None on final loan mod. docs. | 0.20 | $200.00 | $40.00 |
| 12/02/19 | Alejandro Lopez, Paralegal | TC w/client re final loan mod. docs. and need for client to meet w LT<br>advisd client she must come in person to review with LT | 0.30 | $200.00 | $60.00 |
| 12/04/19 | Alejandro Lopez, Paralegal | draft cover letter re: Dec. 19 trial payment. scan in with check<br>sent Oc a copy via email/mailed out | 0.60 | $200.00 | $120.00 |
| 12/13/19 | Alejandro Lopez, Paralegal | draft status report, adjournment request, per LT made corrections<br>filed on ECF, forward to TT | 0.70 | $200.00 | $140.00 |
| 12/18/19 | Alejandro Lopez, Paralegal | TC with client regarding final modification<br>email to OC following up on LT's voicemail | 0.30 | $200.00 | $60.00 |
| 12/20/19 | Alejandro Lopez, Paralegal | TC w/client re: the inquiries made for final loan modification | 0.20 | $200.00 | $40.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 12/27/19 | Alejandro Lopez, Paralegal | email to OC re: inquiry on final loan modification | 0.20 | $200.00 | $40.00 |
| 12/27/19 | Alejandro Lopez, Paralegal | loss mit email from LT to OC regarding the inquiry note | 0.10 | $200.00 | $20.00 |
| 12/30/19 | Alejandro Lopez, Paralegal | T/C with client regarding inquiries on Loan Modification | 0.20 | $200.00 | $40.00 |
| 01/07/20 | Alejandro Lopez, Paralegal | check & final modification documents came in/drafted cover letter<br>sent email to OC regarding best overnight email address | 0.40 | $200.00 | $80.00 |
| 01/17/20 | Alejandro Lopez, Paralegal | T/C with client re: correction sent old attorney. forward email to OC regarding finalization Mod./correction sent to wrong office | 0.40 | $200.00 | $80.00 |
| 01/22/20 | Alejandro Lopez, Paralegal | T/C with ckient regarding loan modification/need errors/emission sheet | 0.30 | $200.00 | $60.00 |
| 01/28/20 | Alejandro Lopez, Paralegal | OC filed 9019 motion to approve loan modification | 0.30 | $200.00 | $60.00 |
| 01/30/20 | Alejandro Lopez, Paralegal | emails with OC re: counter signed loan modification | 0.20 | $200.00 | $40.00 |
| 01/31/20 | Alejandro Lopez, Paralegal | darft cover letter w/MS & sacn in with check for Mortgage Payment<br>sent OC a copy of mailing | 0.50 | $200.00 | $100.00 |
| | | **Subtotal: Alejandro Lopez, Paralegal** | **22.90** | | **$4,629.50** |
| 02/21/20 | Articia Hendricks, Paralegal | telephone conference with client re loss mit mtg payment | 0.10 | $200.00 | $20.00 |
| 02/24/20 | Articia Hendricks, Paralegal | T/C with client x 2 | 0.20 | $200.00 | $40.00 |
| 02/28/20 | Articia Hendricks, Paralegal | T/C re: checks | 0.10 | $200.00 | $20.00 |
| 03/02/20 | Articia Hendricks, Paralegal | mailed 3/1/20 mortgage payment | 0.10 | $200.00 | $20.00 |
| 03/02/20 | Articia Hendricks, Paralegal | Printed down order mailed to parties and filed | 0.20 | $200.00 | $40.00 |
| | | **Subtotal: Articia Hendricks, Paralegal** | **0.70** | | **$140.00** |
| 07/05/18 | Brittany Odze, Paralegal | draft & email client LM | 0.40 | $200.00 | $80.00 |
| 07/09/18 | Brittany Odze, Paralegal | file & draft request for LM | 0.50 | $200.00 | $100.00 |
| 07/09/18 | Brittany Odze, Paralegal | draft & file aff of LM order | 0.50 | $200.00 | $100.00 |
| 07/30/18 | Brittany Odze, Paralegal | draft, file, & serve LM order | 0.50 | $200.00 | $100.00 |
| 08/07/18 | Brittany Odze, Paralegal | email client LM packet | 0.20 | $200.00 | $40.00 |
| 08/17/18 | Brittany Odze, Paralegal | review LT's notes re loss mit & phone call w/ client re LM packet | 1.00 | $200.00 | $200.00 |
| | | **Subtotal: Brittany Odze, Paralegal** | **3.10** | | **$620.00** |
| 06/10/18 | EXPENSE | Credit Report | | 1 @ $40.00 | $40.00 |
| 07/10/18 | EXPENSE | Postage loss mit request | | 3 @ $0.47 | $1.41 |
| 09/10/18 | EXPENSE | Amended Ch 13 Plan postage | | 5 @ $0.47 | $2.35 |
| 06/28/19 | EXPENSE | Mailing<br>Trial Mod | | 1 @ $7.75 | $7.75 |
| 06/28/19 | EXPENSE | Mailing<br>amended ch 13 plan | | 7 @ $0.50 | $3.50 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 08/01/19 | EXPENSE | Mailing<br>TPP | | 1 @ $6.80 | $6.80 |
| 08/29/19 | EXPENSE | Postage | | 1 @ $6.80 | $6.80 |
| 10/02/19 | EXPENSE | Postage<br>Trial Payment | | 1 @ $6.80 | $6.80 |
| 11/01/19 | EXPENSE | Postage<br>Trial Payment | | 1 @ $6.80 | $6.80 |
| 12/04/19 | EXPENSE | Postage<br>T.P.P. | | 1 @ $6.80 | $6.80 |
| 01/08/20 | EXPENSE | Fed Ex<br>final loan modification & mortgage check | | 1 @ $36.90 | $36.90 |
| 03/02/20 | EXPENSE | Postage<br>Loan Mod Payment | | 1 @ $6.90 | $6.90 |
| 03/02/20 | EXPENSE | Postage<br>Affidavit of service x 2 | | 2 @ $0.50 | $1.00 |
| 04/08/20 | EXPENSE | Postage<br>April 20 Loan Mod Payment | | 1 @ $6.90 | $6.90 |
| 05/22/20 | EXPENSE | Postage<br>Pay May Loan Mod | | 1 @ $6.95 | $6.95 |
| | | **Subtotal: EXPENSE** | | | **$147.66** |
| 06/14/18 | Linda Tirelli, Esq. Partner | draft Motion to Extend the Automatic Stay | 1.00 | $500.00 | $500.00 |
| 08/15/18 | Linda Tirelli, Esq. Partner | Red POC filed by Real Time Solutions re second mortgage lien<br>call to client to discuss issues with bank supporting docs, recomend need for filing an adversary proceeding with client | 1.00 | $500.00 | $500.00 |
| 08/16/18 | Linda Tirelli, Esq. Partner | Review Loss Mit application with supporting documents | 1.00 | $500.00 | $500.00 |
| 08/22/18 | Linda Tirelli, Esq. Partner | Draft Complaint against Real Time solutions research | 3.40 | $500.00 | $1,700.00 |
| 08/28/18 | Linda Tirelli, Esq. Partner | Edit Draft Complaint against Real Time solutions | 0.00 | $500.00 | $0.00 |
| 08/29/18 | Linda Tirelli, Esq. Partner | Review loss mit package, conf with client | 0.80 | $500.00 | $400.00 |
| 09/08/18 | Linda Tirelli, Esq. Partner | FINALIZE raft of complaint against Real Time solutions<br>(52 pages, 4 doccs) | 2.00 | $500.00 | $1,000.00 |
| 09/10/18 | Linda Tirelli, Esq. Partner | Review summons issued by court, | 0.10 | $500.00 | $50.00 |
| 09/10/18 | Linda Tirelli, Esq. Partner | Court appearance re Truste Mot to Dismiss | 1.00 | $500.00 | $500.00 |
| 09/21/18 | Linda Tirelli, Esq. Partner | email exchange inhouse counsel to Real Time Solutions re the AP | 0.30 | $500.00 | $150.00 |
| 09/26/18 | Linda Tirelli, Esq. Partner | email exchange inhouse counsel to Real Time Solutions re the AP<br>issues with docs discussed, Defendant wants to resolve | 1.40 | $500.00 | $700.00 |
| 09/27/18 | Linda Tirelli, Esq. Partner | Phne conference with inhouse counsel to Real Time Solutions re the AP | 0.40 | $500.00 | $200.00 |
| 10/05/18 | Linda Tirelli, Esq. Partner | Read and analyze Motion Objecting to Debtor's Casjh Exemptions<br>Doc #32 | 0.60 | $500.00 | $300.00 |
| 10/11/18 | Linda Tirelli, Esq. Partner | email exchange inhouse counsel to Real Time Solutions re the AP | 0.20 | $500.00 | $100.00 |
| 10/24/18 | Linda Tirelli, Esq. Partner | Loss Mit<br>call w/ client<br>reviewed docket<br>status of loss mit case, email to OC re los mit status | 0.50 | $500.00 | $250.00 |
| 11/06/18 | Linda Tirelli, Esq. Partner | Court appearance re Adversary Proceeding Case status conference | 1.00 | $500.00 | $500.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/09/18 | Linda Tirelli, Esq. Partner | Phone conferencew client re trustee obj to the exempption of cash | 0.40 | $500.00 | $200.00 |
| 12/18/18 | Linda Tirelli, Esq. Partner | Court appearance re Adversary Proceeding PreTrial conference | 1.00 | $500.00 | $500.00 |
| 12/20/18 | Linda Tirelli, Esq. Partner | review additional docs requested by OC and provided by client | 0.40 | $500.00 | $200.00 |
| 02/18/19 | Linda Tirelli, Esq. Partner | review additional docs requested by OC review docs from client notate file | 1.00 | $500.00 | $500.00 |
| 04/01/19 | Linda Tirelli, Esq. Partner | Phone call with OC re loss mit and need for updated and new RMA dicuss with client updated information, new application | 1.40 | $500.00 | $700.00 |
| 04/10/19 | Linda Tirelli, Esq. Partner | Final review re Loss Mit RMA packet with documents | 1.20 | $500.00 | $600.00 |
| 04/25/19 | Linda Tirelli, Esq. Partner | Court appearance re loss mit status conf and Adv Pro | 1.00 | $500.00 | $500.00 |
| 05/02/19 | Linda Tirelli, Esq. Partner | review docs from client for loss mit | 0.40 | $500.00 | $200.00 |
| 06/03/19 | Linda Tirelli, Esq. Partner | phone conferene with OC re trial loan mod perameters | 0.30 | $500.00 | $150.00 |
| 06/13/19 | Linda Tirelli, Esq. Partner | Court appearance re loss mit status conf and Adv Pro | 1.00 | $500.00 | $500.00 |
| 06/17/19 | Linda Tirelli, Esq. Partner | review trial loan mod offer | 0.40 | $500.00 | $200.00 |
| 06/19/19 | Linda Tirelli, Esq. Partner | mtg with client to reiew trial loan mod offered | 1.00 | $500.00 | $500.00 |
| 07/25/19 | Linda Tirelli, Esq. Partner | Court appearance loss mit and Adv. Pro. | 1.00 | $500.00 | $500.00 |
| 12/04/19 | Linda Tirelli, Esq. Partner | email s with adv. pro attorney. inquiring on an update to adv. pro. matter | 0.30 | $500.00 | $150.00 |
| 12/10/19 | Linda Tirelli, Esq. Partner | review loan mod agreement emil exchange with OC re loan mod agreement | 0.70 | $500.00 | $350.00 |
| 12/13/19 | Linda Tirelli, Esq. Partner | meeting with cilient to review and sign perm loan mod agreement | 1.00 | $500.00 | $500.00 |
| 01/10/20 | Linda Tirelli, Esq. Partner | Phone conf w OC re AP settlement agreement | 0.40 | $500.00 | $200.00 |
| 01/20/20 | Linda Tirelli, Esq. Partner | Draft settlement agreement ( re AP) | 2.50 | $500.00 | $1,250.00 |
| 02/10/20 | Linda Tirelli, Esq. Partner | Court Appearance re loss mit conf and pretrial conf for AP | 1.00 | $500.00 | $500.00 |
| 02/13/20 | Linda Tirelli, Esq. Partner | Review edits by OC re Draft AP settlement agreement | 0.70 | $500.00 | $350.00 |
| 03/02/20 | Linda Tirelli, Esq. Partner | Review new edits by OC re Draft AP settlement agreement respond with mark ups | 1.20 | $500.00 | $600.00 |
| 06/22/20 | Linda Tirelli, Esq. Partner | Review new edits by OC re Draft AP settlement agreement phone call w client re settlement of AP | 1.00 | $500.00 | $500.00 |
| 06/26/20 | Linda Tirelli, Esq. Partner | File proposed AP settlement agreement with stip order to court phone call with clerk | 1.20 | $500.00 | $600.00 |
| 06/29/20 | Linda Tirelli, Esq. Partner | review order as entered by the court, advise client | 0.40 | $500.00 | $200.00 |
| 09/21/20 | Linda Tirelli, Esq. Partner | Court Appearance re loss mit conf and pretrial conf for AP telephonic | 0.60 | $500.00 | $300.00 |
| | | **Subtotal: Linda Tirelli, Esq. Partner** | **36.20** | | **$18,100.00** |
| | | **Amount Due** | **62.90** | | **$23,637.16** |