UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                  Chapter: 13

      Yanaira Polanco                          Case No. 18-43399(ess)

                       Debtor(s).

                                                 AFFIDAVIT OF SERVICE

-----------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
COUNTY OF WESTCHESTER   ) ss.:

     I, Delores Sigler, being duly sworn, deposes and says: I am not a party to the action, I am over 18 years of age and I reside in Westchester, New York.

     On **December 2, 2020**, I served the within:

**Application for Professional Fees, Notice of Hearing and Proposed Order**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a paid properly addressed wrapper in an official depository under the exclusive care and custody of United States Postal Service within the State of New York via first class mail:

Marianne Derosa
Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753

Yanaira Polanco
25-22 96th Street
East Elmhurst, NY 11369

United States Trustee
Office of the United States Trustee
US Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014                          /s/ Delores Sigler
                                              Delores Sigler

Sworn before me on this
2nd   day of December 2020

/s/ Linda M Tirelli
Linda M Tirelli
Notary Public State of New York
Registration No. 01TI6350197
Qualified in Rockland County
Commission Expires November 7, 2024